## PERRINE V. CITY OF BIRMINGHAM.
(Decided April 25, 1912.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

DENSON & DENSON, for appellant. ULLMAN & WINKLER, for appellee.

Per curiam. Appeal dismissed.

---

## POWELL V. RITCH.
(Decided April 20, 1912.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

C. B. POWELL, for appellant. BUSH & BUSH, for appellee.

Per curiam. Appeal dismissed.

---

## SMALLWOOD V. TOWN OF ROANOKE.
(Decided May 30, 1912.)

APPEAL from Randolph Circuit Court.

Heard before Hon. S. L. BREWER.

N. D. DENSON, for appellant. J. W. OVERTON, for appellee.

Per curiam. Affirmed for want of assignment of errors.

---

## STATE, EX REL. RUSSELL V. PINCKARD.
(Decided April 18, 1912.)

APPEAL from Montgomery Circuit Court.

Heard before Hon. W. W. PEARSON.

N. D. DENSON, J. A. SORRELL, and HILL, HILL & WHITING, for appellant. JOHN R. TYSON, THOMAS W. MARTIN, and RAY RUSHTON, for appellee.

ANDERSON, J.—Affirmed for want of insistence upon assignments.